UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**WILBERTO ROBLEDO RIOS**                                                                                      **PLAINTIFF**
Reg. #73227-018

v.                                              Case No. 2:22-cv-00166-KGB

**MAHARAJ ALEXANDRO TOMAR**                                                                **DEFENDANT**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 8). Judge Ervin recommends that this case be dismissed without prejudice based on Mr. Rios's failure to file an amended complaint stating a claim for constitutionally inadequate medical care against defendant Maharaj Alexandro Tomar, M.D. (Dkt. No. 8, at 4). Mr. Rios filed a memorandum in support of complaint pursuant to *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388, 397 (1971), which the Court construes as Mr. Rios's objections to Judge Ervin's Recommended Disposition (Dkt. No. 9). In his objections, Mr. Rios makes allegations against Dr. Tomar stating that he has previously been diagnosed with lower back herniation and knee tendon damage and that Dr. Tomar refuses to order an MRI and refuses to prescribe needed pain medication to alleviate his pain and suffering (Dkt. No. 9, at 2). He also asserts that Dr. Tomar deliberately disregarded his medical needs to save the prison money (Dkt. No. 9, at 5). Accordingly, the Court rejects Judge Ervin's Recommended Disposition (Dkt. No. 8). The Court refers this matter to Judge Ervin for further screening.

It is so ordered this 21st day of February, 2023.

_____
Kristine G. Baker
United States District Judge