APPEAL

Pro Se 14 Rev. 1216 Complaint for violation of Civil Rights (Prisoner)

UNITED STATES DISTRICT COURT

2023 FEB 24 A 9 54 for the OF ARKANSAS EASTERN

TAMMY H DOWNS    El. SMITH    Division

Wilberto Robledo Rios    Case No. 2:22-cv-00166-KGB-
      Plaintiff (s)    ERE
                     ( to be filled in by
                     the clerk's office)

(Write the full name of each Plaintiff who is filing this complaint. If the names of all the Plaintiffs cannot fit in the space above. Please write "see attached" in the space and attach an additional Page with the full list of names.)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 24 2023
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

- v -

Maharaj Alexandro Tomar and B.O.P Personal
      Defendants (s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, Please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Page 1

# COMPLAINT For violation OF Civil RIGHTS
## ( Prisoner Complaint)

### Notice

Federal Rules of civil Procedure 5.2 addresses the Privacy and security concerns resulting from Public access to electronic court files. under this rule, Papers filed with the court should not contain: an individual's full Social security number or full birth date; the full name of a Person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's office with this complaint.

In order for Your complaint to be filed, it must be accompanied by the filing fee or an application to Proceed in forma Pauperis.

2

Pro se 14 (Rev. 12/16) Complaint for violation of civil Rights (Prisoner)

I The Parties to This complaint

A. The Plaintiff(s)

Provide the information below for each Plaintiff named in the complaint. Attach additional pages if needed.

NAME. WilBERTo RoBLEDO RIOS

All other names by which, "PITO"
You have been known:

ID Number 73227-018

Current Institution FoRReST CORRECTIOUAL
Address IusTiTuTIou P.O. BOX 3000-MeD

FoRRest city          A.R.          72336
     CiTY           State        ZiP Code


B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendants(s) listed below are idential to those contained in the above Caption. For an individual defendant, include the Person's Job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or → 3

official capacity, or both. Attach additional
Pages if needed.

Defendant No. 1
NAME ___ MAHARAJ ALEXANDRO Tomar
Job or Title (if known) ACTING Clinical Director
Shield Number _____
Employer FEDERAL BUREAU OF PrisoNS
Address ___ P.O. Box 7000
Forrest city        A.R.        72336
      City        State       Zip Code
            ☒ Individual capacity   ☒ official capacity

Defendant No. 2
Name CENTRAL OFFICE BUREUA of Prisons
Job or Title (if known) ____ Director
Shield number ____ N/A
Employer Director Bureau of Prisons
Address 320 First Street, N.W.
Washington        D.C.        20534
      city        state       Zip code

            ☐ Individual capacity   ☐ official capacity

4

Federal Bureau of Narcotic, 403 U.S. 388 (1971), You May Sue Federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):
☒ Federal officials (a Bivens claim)
☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [Federal laws]." 42 U.S.C § 1983. If you are suing under Section 1983, what Federal constitutional or statutory right(s) do you claim is/are being violated by State or local officials?

C. Plaintiffs suing under Bivens May only recover for the violation of certain constitutional rights. If you are suing under Bivens, what Constitutional right(s) do you claim is/are being violated by Federal officials?
    E. 8ITH AMENDMENT RIGH To FREEDOM FRom CrueL AND UNREASONABLE PUNISHMENT

6

Pro se 14 (Rev. 12/16) Complaint for violation of Civil Rights (Prisoner)

DEFENdANT No. 3

NAME. Juan Baltazar

Job or Title (if known) South Central Director

Shield number _____ N|A

Employer 344 Marines Forces DR

Address Grand PraiRie

Grand PraiRiE      TX        75051
     City           State       Zip Code

☐ Individual capacity  ☐ Official capacity

DEFEndant No. 4

NAME Christopher A Wray / Director

Job or Title (if known)   Director  Civil

Shield number        N|A

Employer 935 PennSylvania Ave

Address N.W.

Washington        D.C.        20535
     City           State       Zip code

☐ Individual capacity   ☐ Official capacity

II Basis for Jurisdiction

Under 42 U.S.C. § 1983, You May sue state or local officials for the "dePrivation of any rights, Privileges, or immunities secured by the Constitution and [federal laws]." Under Bivens v. six unKnown Named Agents of →[5]

Pro se 14 (Rev. 12/16) Complaint for violation of civil Rights (Prisoner).

D. Section 1983 allows defendants to be found liable only when they have acted "under Color of any statute, ordinance, Regulation, custom, or usage, of any state or Territory or the District of Columbia." 42 U.S.C. § 1983. If You are suing under Section 1983, Explain how each defendant acted under Color of state of local law. If You are suing under Bivens, explain how each defendant acted under Color of Federal law. Attach additional Pages if needed.

Dr. MAHARAJ, Tomar is an employer of the Federal Gov't. He is a cognizable Federal under 18 U.S.C § 111

III Prisoner status
Indicate whether you are a Prisoner or other confined Person as follows (check all that Apply):

☐ Pretrial detainee

☐ Civilly Committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state Prisoner

☑ Convicted and sentenced Federal Prisoner

☐ other (Explain) _____

7

IV. Statement of Claim

State as briefly as Possible the facts of Your case. Describe how each defendant was Personally involved in the alleged wrogful action, along with the dates and locations of all relevant events. You May wish to include further details Such as the names of other Persons involved in the events giving rise to Your Claims. Do not cite any Cases or statutes. If More than one claim is asserted, number each Claim and write a Short and Plain Statement of each claim in a seParate Paragraph. Attach additional Pages if needed.

A. If the events giving rise to Your Claim arose outside an institution, describe where and when they arose.

Fed. Bur. Prisons - Forrest City Medium, AGGReGate Denial oF MRI and other Needed tests, despite Pain oct- 2021 - Present.

B. If the events giving rise to Your claim arose in an institution, describe where and when they arose.

8

Pro se 14 (Rev. 12/16) Complaint for violation of civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim (s) occur?

oct 2021 - Present

D. what are the facts underlying your claim (s)? (For example: what happened to you? who did what? was anyone else involved? who else saw what happened?)

I have bew Suffering Pain due damaged Tendons in leg and lower disc herniations in back - spine.

V. Injuries
If You Sustained related to the events alleges above, describe Your injuries and state what Medical treatment, if any, You required and did or did not receive.

9

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff requests magnetic Radio Imaging (MRI) to determine extent of nuevo-damage, and medicinal treatment there-indicated.

VII Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform act ("PLRA"), 42 U.S.C § 1997e (a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any Jail, Prison or other correctional facility until such administrative remedies as are available are exhausted."

10

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If Yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s)

Forrest city Medium security Federal Intitute

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

11

C. Does the grievance Procedure at the Jail, Prison, or other Correctional facility where Your Claim(s) arose Cover Some or all of Your claims?

☒ Yes

☐ No

☐ Do not Know

If Yes, which Claim(s)?

_____

Pro se 14 (Rev. 12/16) Complaint for violation of civil Rights (Prisoner)

D. Did You file a grievance in the Jail, Prison, or other Correctional facility where Your Claim(s) arose Concerning the facts relating to this Complaint?

☒ Yes

☐ No

E. If You did file a grievance:

12

1. Where did you file the grievance?

   Counsel Holze and Warden

2. What did you claim in your grievance?

   Since claims as here with added verbal/ Mental abuse claims

3. What was the result, if any?

   No answer as yet

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. ( Describe all efforts to appeal to the highest level of the grievance process. )

   Have not answered appeal.

   Pro se 14 (Rev. 12/16) Complaint for violation of civil Rights ( Prisoner )

13

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, State who you informed, when and how, and their response, if any.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

( Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

14

VIII. Previous Lawsuits

The "three strikes rule" bars a Prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that Prisoner has "on three or more Prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the united states that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the Prisoner is under imminent danger of serious physical injury" 28 U.S.C § 1915 (g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If Yes, state which court dismissed your case, when this occurred, and attach a copy of the order if Possible.

15

Pro se 14 (Rev. 12/16) complaint for violation of civil Rights (Prisoner)

A. Have you filed other lawsuits in state or Federal court dealing with the same involved in this action?

☐ Yes

☒ No

B. If your answer to A is Yes, describe each lawsuit by answering questions 7 below. (If there is More than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1 Parties to the Previous lawsuit

Plaintiff(s) _____ N/A _____

Defendant(s) _____

2. Court (if federal court, name the district; if state court, name the county and state)
_____ N/A _____

3. Docket or index number
_____ N/A _____

16

4. Name of Judge assigned to your case

N/A

5. Approximate date of filing lawsuit

N/A

6. Is the case still Pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____ N/A

7. What was the result of the case? (For example, was the case dismissed? Was Judgment entered in your favor? Was the case appealed?)

N/A

C. Have you filed other lawsuits in state or Federal court otherwise relating to the conditions of your imprisonment?

N/A

☐ Yes

☐ No

17

D. If your answer to C is Yes, describe each lawsuit by answering questions 1 through 7 below. (If there is More than one lawsuit, describe the additional lawsuits on another Page, using the Same format.)

1. Parties to the Previous lawsuit
   Plaintiff(s) _____ N/A _____

   Defendant(s) _____

2. Court (if federal Court, name the district: if state Court, name the County and state)
   _____ N/A _____

3. Docket or index number
   _____ N/A _____

4. Name of Judge assigned to Your Case
   _____ N/A _____

18

5. Approximate date of filing lawsuit

N/A

6. Is the case still Pending?

[✓] Yes
[ ] No

If no, give the approximate date of disposition.

N/A

7. What was the result of the case? ( For example: was the case dismissed ? was Judgment entered in Your favor ? was the case appealed? )

N/A

IX. Certification and closing
under Federal Rule of civil Procedure 11, by signing below, I certify to the best of MY Knowledge, information, and belief that this Complaint: (1) is not being

19

Presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. For Parties without an Attorney

I agree to provide the clerk's office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the clerk's office may result in the dismissal of my case.

Date of Signing: 09/08/2021

20

Signature of Plaintiff _____
Printed name of Plaintiff.
    WiLBERTO ROBLEDO RIOS

Prison Identification #  73227 - 018

Prison Address: P.O. BOX 3000 - MED
FORREST CITY _____ A.R. ___ 72336
        city          State      Zip code

B. For Attorneys
Date of Signing: _____ U/A

Signature of Attorney _____ U/A
Printed Name of Attorney _____ U/A
Bar Number _____ U/A
Name of Law Firm _____ U/A
Address _____ U/A
                          U/A
        city        State        Zip code

Telephone number _____ U/A
E-Mail Address _____ U/A

21

Wilberto Robledo Rios
    # 73227-018
Federal Correctional Complex
P.O. Box 3000- Med
Forrest City A.R. 72336.

MEMPHIS T
21 FEB 2023  P
FOREVER / USA



United States District Co
Clerk's Office
600 W. Capitol Avenue
Suite A-149
Little Rock, Arkansas 72⁙

72201-339919