UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**WILBERTO ROBLEDO RIOS**                                                                 **PLAINTIFF**
Reg. #73227-018

v.                                            Case No. 2:22-cv-00166-KGB

**MAHARAJ ALEXANDRO TOMAR**                                                        **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Wilberto Robledo Rios's amended complaint is dismissed without prejudice (Dkt. No. 12). The Court denies the requested relief.

So adjudged this 30th day of August, 2024.

_____
Kristine G. Baker
Chief United States District Judge